UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WEST,

                Petitioner,                Case No. 1:10-cv-1162

v.                                        Honorable Paul L. Maloney

LAWRENCE A. STELMA,

                Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   December 2, 2010               /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                        Chief United States District Judge