UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DANIEL WEST,

        Petitioner,        Case No. 1:10-cv-1162

v.        Honorable Paul L. Maloney

LAWRENCE A. STELMA,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it is premature.


Dated:  December 2, 2010        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge